Kevin S. Asfour (#228993)
kevin.asfour@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA  90067
Telephone: +1 310 552 5000
Facsimile: +1 310 558 5001

Attorney for Defendant
Amazon.com, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| RUSSELL STEPHEN,<br><br>    Plaintiff,<br><br>    v.<br><br>NUTRA HOLDINGS, INC., NUTRA HOLDINGS TWO, INC., AMAZON, INC., and JOHN WILLIAMS,<br><br>    Defendants. | Case No. 3:24-cv-00546-GPC-BLM<br><br>**DEFENDANT AMAZON.COM, INC.'S CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)**<br><br>Assigned to Hon. Gonzalo Curiel |

1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Amazon.com, Inc. ("Amazon")[1] discloses that there is no parent corporation or publicly held corporation owning ten percent (10%) or more of its stock.

Dated:  March 22, 2024

K&L GATES LLP

By: s/ Kevin S. Asfour
Kevin S. Asfour

*Attorney for Defendant Amazon.com, Inc.*

---

[1] The First Amended Complaint improperly names the Amazon defendant as "Amazon, Inc."  No entity named "Amazon, Inc." exists, and the proper entity is Amazon.com, Inc.