1 | Kevin S. Asfour (#228993)
  | kevin.asfour@klgates.com
2 | K&L GATES LLP
  | 10100 Santa Monica Blvd., 8th Floor
3 | Los Angeles, CA  90067
  | Telephone: +1 310 552 5000
4 | Facsimile: +1 310 558 5001
5 |
  | Attorney for Defendant
6 | Amazon.com, Inc.

7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10                          SAN DIEGO DIVISION
11

| 12 | RUSSELL STEPHEN, | Case No. 3:24-cv-00546-GPC-BLM |
| 13 | Plaintiff, | **DEFENDANT AMAZON.COM, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST (CivLR 40.2)** |
| 14 | v. | |
| 15 | NUTRA HOLDINGS, INC., NUTRA HOLDINGS TWO, INC., AMAZON, INC., and JOHN WILLIAMS, | Assigned to Hon. Gonzalo Curiel |
| 16 | | |
| 17 | Defendants. | |

Pursuant to CivLR 40.2 Defendant Amazon.com, Inc. ("Amazon")[1] hereby certifies that it is not aware of any party with a financial interest in this action other than the named litigants, *i.e.*, Plaintiff Russell Stephen and Defendants Nutra Holdings, Inc., Nutra Holdings Two, Inc., Amazon, and John Williams.

Dated: March 22, 2024

K&L GATES LLP

By: s/ Kevin S. Asfour
Kevin S. Asfour

*Attorney for Defendant Amazon.com, Inc.*

---

[1] The First Amended Complaint improperly names the Amazon defendant as "Amazon, Inc." No entity named "Amazon, Inc." exists, and the proper entity is Amazon.com, Inc.