UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL STEPHEN,<br><br>    Plaintiff,<br><br>  v.<br><br>NUTRA HOLDINGS, INC., *et al.*,<br><br>    Defendants. | Case No. 3:24-cv-00546-GPC-BLM<br><br>**ORDER EXTENDING DEFENDANT AMAZON.COM, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>**[ECF No. 4]** |

Upon the Joint Motion of Plaintiff Russell Stephen ("Plaintiff") and Defendant Amazon.com, Inc. ("Amazon"), and good cause appearing, IT IS HEREBY ORDERED that Amazon's deadline to answer, move, or otherwise respond to Plaintiff's First Amended Complaint for Violations of the California Unfair Competition Law in this action is extended from March 28, 2024, to April 26, 2024.

  **IT IS SO ORDERED.**

Dated:  March 25, 2024

                    _____
                    Hon. Gonzalo P. Curiel
                    United States District Judge