Kevin S. Asfour (SBN 228993)
kevin.asfour@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

Loly G. Tor (*Pro Hac Vice*)
K&L GATES LLP
One Newark Center, 10th Fl.
Newark, NJ 07102
Tel: (973) 848-4026
loly.tor@klgates.com

*[Continued on next page]*

Attorneys for Defendant
Amazon.com, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| RUSSELL STEPHEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NUTRA HOLDINGS, INC., NUTRA HOLDINGS TWO, INC., AMAZON, INC., and JOHN WILLIAMS,<br><br>　　　　Defendants. | Case No. 3:24-cv-00546-GPC-BLM<br><br>**DEFENDANT AMAZON.COM, INC.'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE**<br><br>**[Filed concurrently with Memorandum of Points and Authorities; Declaration of Moni Lake; and Proposed Order]**<br><br>Date:　　　　June 28, 2024<br>Time:　　　　1:30 p.m.<br>Courtroom:　　2D<br>Judge:　　　　Hon. Gonzalo P. Curiel<br>Trial Date:　　None Set<br>Case Filed:　　March 21, 2024 |

Jennifer J. Nagle (*Pro Hac Vice*)
Robert W. Sparkes, III (*Pro Hac Vice*)
K&L GATES LLP
One Congress Street, Suite 2900
Boston, MA 02114
Tel: (617) 261-3100
jennifer.nagle@klgates.com
robert.sparkes@klgates.com

Marvis A, Barnes II (*Pro Hac Vice*)
K&L GATES LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602
Tel: (312) 372-1121
marvis.barnes@klgates.com

**TO THE HONORABLE COURT AND TO ALL PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 28, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 2D of the above-referenced court, located at 221 West Broadway, San Diego, California 92101, Defendant Amazon.com, Inc. ("Amazon")[1] will and hereby does move this Court to transfer this case to the United States District Court for the Western District of Washington under 28 U.S.C. § 1404(a).

This Motion is made on the grounds that Plaintiff agreed to litigate his claims in the "state and Federal Courts in King County, Washington" when he repeatedly agreed to the exclusive jurisdiction and venue clause in Amazon's Conditions of Use.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of Moni Lake and exhibits thereto, the complete files and records in this action, and upon such other and further evidence and argument as the Court may allow at the hearing.

Dated: April 26, 2024  K&L GATES LLP

By: s/ Kevin S. Asfour
Kevin S. Asfour
Jennifer J. Nagle
Robert W. Sparkes, III
Loly G. Tor
Marvis A, Barnes II

*Attorneys for Defendant
Amazon.com, Inc.*

---

[1] The First Amended Complaint improperly names Defendant Amazon.com, Inc. as "Amazon, Inc."