| | |
|---|---|
| 1 | Kevin S. Asfour (SBN 228993) |
| | kevin.asfour@klgates.com |
| 2 | K&L GATES LLP |
| | 10100 Santa Monica Blvd., 8th Floor |
| 3 | Los Angeles, California 90067 |
| | Telephone: (310) 552-5000 |
| 4 | Facsimile: (310) 552-5001 |
| 5 | Loly G. Tor (*Pro Hac Vice*) |
| | K&L GATES LLP |
| 6 | One Newark Center, 10th Fl. |
| | Newark, NJ 07102 |
| 7 | Tel: (973) 848-4026 |
| | loly.tor@klgates.com |
| 8 | |
| | *[Continued on next page]* |
| 9 | |
| | Attorneys for Defendant |
| 10 | Amazon.com, Inc. |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| RUSSELL STEPHEN, | Case No. 3:24-cv-00546-GPC-BLM |
| Plaintiff, | **DEFENDANT AMAZON.COM, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| NUTRA HOLDINGS, INC., NUTRA HOLDINGS TWO, INC., AMAZON, INC., and JOHN WILLIAMS, | **[Filed concurrently with Memorandum of Points and Authorities; Request for Judicial Notice; and Proposed Order]** |
| Defendants. | |
| | Date: July 5, 2024 |
| | Time: 1:30 p.m. |
| | Courtroom: 2D |
| | Judge: Hon. Gonzalo P. Curiel |
| | Trial Date: None Set |
| | Date Filed: March 21, 2024 |

Jennifer J. Nagle (*Pro Hac Vice*)
Robert W. Sparkes, III (*Pro Hac Vice*)
K&L GATES LLP
One Congress Street, Suite 2900
Boston, MA 02114
Tel: (617) 261-3100
jennifer.nagle@klgates.com
robert.sparkes@klgates.com

Marvis A. Barnes II (*Pro Hac Vice*)
K&L GATES LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602
Tel: (312) 372-1121
marvis.barnes@klgates.com

**TO THE HONORABLE COURT AND TO ALL PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 5, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 2D of the above-referenced court, located at 221 West Broadway, San Diego, California 92101, Defendant Amazon.com, Inc. ("Amazon")[1] will and hereby does move this Court to dismiss Plaintiff's First Amended Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This Motion is made on the grounds that: (i) Plaintiff's claims are preempted by the Federal Food, Drug, and Cosmetic Act, which expressly prohibits private rights of action to enforce its requirements; (ii) Plaintiff's claims are barred by the choice-of-law provision in Amazon's Conditions of Use; and (iii) Plaintiff fails to plausibly allege a cause of action against Amazon.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Request for Judicial Notice and the exhibit thereto filed concurrently herewith, the complete files and records in this action, and upon such other and further evidence and argument as the Court may allow at the hearing.

Accordingly, Defendant Amazon seeks an order pursuant to Rule 12(b)(6) dismissing the First Amended Complaint with prejudice for failure to state a claim upon which relief can be granted.

---

[1] The First Amended Complaint improperly names Defendant Amazon.com, Inc. as "Amazon, Inc."

| | | |
|---|---|---|
| 1 | Dated: April 26, 2024 | K&L GATES LLP |
| 2 | | |
| 3 | | By: s/ Kevin S. Asfour |
| 4 | | Kevin S. Asfour |
| | | Jennifer J. Nagle |
| 5 | | Robert W. Sparkes, III |
| | | Loly G. Tor |
| 6 | | Marvis A. Barnes II |

*Attorneys for Defendant Amazon.com, Inc.*