Kevin S. Asfour (#228993)
kevin.asfour@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA  90067
Telephone: +1 310 552 5000
Facsimile: +1 310 558 5001

*[Additional Counsel Listed on Signature Page]*

Attorneys for Defendant
Amazon.com, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| RUSSELL STEPHEN,<br><br>        Plaintiff,<br><br>    v.<br><br>NUTRA HOLDINGS, INC., *et al.*,<br><br>        Defendants. | Case No. 3:24-cv-00546-H-BLM<br><br>**JOINT MOTION TO CONTINUE MOTION HEARINGS AND SET A BRIEFING SCHEDULE ON MOTION TO DISMISS (CivLR 7.2)**<br><br>Assigned to: Hon. Marilyn L. Huff |

Pursuant to CivLR 7.2, Plaintiff Russell Stephen ("Plaintiff") and Defendant Amazon.com, Inc. ("Amazon")[1] respectfully submit this joint motion to continue the hearing dates on Amazon's Motion to Transfer Venue and Motion to Dismiss and set an amended schedule for the completion of briefing on Amazon's Motion to Dismiss. In support, the Parties reference the following facts:

WHEREAS, on March 21, 2024, Amazon removed this action from the Superior Court for the State of California, County of San Diego to the United States District Court for the Southern District of California (Dkt. No. 1);

WHEREAS, on April 26, 2024, Amazon filed a Motion to Transfer Venue (Dkt. No. 14), with a hearing date of June 28, 2024, and a Motion to Dismiss

---

[1] Plaintiff's First Amended Complaint improperly names Amazon.com, Inc. as "Amazon, Inc."

1  Plaintiff's First Amended Complaint for Violations of the California Unfair
2  Competition Law (Dkt. No. 15), with a hearing date of July 5, 2024;

3      WHEREAS, on April 30, 2024, Judge Curiel issued a Minute Order of Recusal
4  and the case was reassigned to Judge Houston (Dkt. No. 16);

5      WHEREAS, on May 1, 2024, Judge Houston issued a Minute Order of Recusal
6  and the case was reassigned to this Court (Dkt. No. 17);

7      WHEREAS, on May 2, 2024, this Court issued a Minute Order rescheduling
8  the hearings on Amazon's Motions to June 17, 2024 (Motion to Transfer) and June
9  24, 2024 (Motion to Dismiss);

10      WHEREAS, on June 3, 2024, Plaintiff filed an Opposition to Amazon's
11  Motion to Transfer (Dkt. No. 21);

12      WHEREAS, Plaintiff's response to Amazon's Motion to Dismiss is due to be
13  filed on June 10, 2024, and Amazon's reply is due on June 17, 2024;

14      WHEREAS, the Parties are engaged in settlement discussions that may result
15  in an agreed-upon resolution of this matter, such that continuing the motion hearings
16  and extending the briefing schedule on Amazon's Motion to Dismiss will serve the
17  interests of judicial efficiency and best preserve the resources of the Parties and the
18  Court;

19      WHEREAS, no party will suffer any prejudice from the relief requested in this
20  Joint Motion;

21      NOW, THEREFORE, the above Parties move the Court to enter the
22  accompanying proposed order:

23      1.    Amending the briefing schedule on Amazon's Motion to Dismiss as
24  follows:

25          a.    Plaintiff's Opposition shall be filed on or before July 29, 2024;

26          b.    Amazon's Reply shall be filed on or before August 12, 2024;

27      2.    Continuing the hearing on Amazon's Motion to Transfer from June 17,
28  2024 until August 29, 2024, or as soon thereafter as the Court is available; and

3. Continuing the hearing on Amazon's Motion to Dismiss from June 24, 2024 until August 29, 2024, or as soon thereafter as the Court is available.

Dated: June 10, 2024

K&L GATES LLP

By: s/ Kevin S. Asfour
Kevin S. Asfour

Jennifer J. Nagle (*Pro Hac Vice*)
Robert W. Sparkes, III (*Pro Hac Vice*)
K&L GATES LLP
One Congress Street, Suite 2900
Boston, MA 02114
Tel: (617) 261-3100
jennifer.nagle@klgates.com
robert.sparkes@klgates.com

Loly G. Tor (*Pro Hac Vice*)
K&L GATES LLP
One Newark Center, 10th Fl.
Newark, NJ 07102
Tel: (973) 848-4026
loly.tor@klgates.com

Marvis A. Barnes II (*Pro Hac Vice*)
K&L GATES LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602
Tel: (312) 372-1121
marvis.barnes@klgates.com

*Attorneys for Defendant Amazon.com, Inc.*

Dated: June 10, 2024

THE WESTON FIRM

By: s/Gregory S. Weston[2]
Gregory S. Weston

*Attorney for Plaintiff Russell Stephen*

---

[2] E-filing counsel Kevin Asfour hereby certifies that he has obtained authorization to electronically sign and submit this Joint Motion from Mr. Weston.