# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL STEPHEN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NUTRA HOLDINGS, INC.; NUTRA HOLDINGS TWO, INC.; AMAZON, INC.; and JOHN WILLIAMS,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:24-cv-00546-H-BLM<br><br>**ORDER CONTINUING MOTION HEARING DATES AND SETTING BRIEFING SCHEDULE**<br><br>[Doc. No. 22.] |

On June 10, 2024, the parties filed a joint motion to continue the hearing dates on Defendant Amazon.com, Inc.'s ("Amazon")[1] motion to transfer venue, scheduled for Monday, June 17, 2024, at 10:30 a.m. Pacific Time, and Amazon's motion to dismiss, scheduled for Monday, June 24, 2024, at 10:30 a.m. Pacific Time. (Doc. No. 22.) In the joint motion, the parties represent that they are "engag[ing] in settlement discussions that may result in an agreed-upon resolution of this matter." (Id.) For good cause shown, the Court grants the joint motion and orders as follows:

1.   The Court continues the hearing on Amazon's motion to transfer venue to **Monday, September 9, 2024, at 10:30 a.m. Pacific Time**.

---

[1]   Amazon has informed the Court that Plaintiff's First Amended Complaint improperly names Amazon.com, Inc. as "Amazon, Inc." (Doc. No. 22.)

1

2. Any reply in support of Amazon's motion to transfer venue must be filed by **July 29, 2024**.

3. The Court continues the hearing on Amazon's motion to dismiss to **Monday, September 16, 2024, at 10:30 a.m. Pacific Time**.

4. Any opposition to Amazon's motion to dismiss must be filed by **July 29, 2024**.

5. Any reply in support of Amazon's motion to dismiss must be filed by **August 12, 2024**.

**IT IS SO ORDERED.**

DATED: June 10, 2024

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT