AO 441   Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-0546-H-BLM          Date Issued: 6/20/24

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __John Williams__

was received by me on *(date)* __06/27/2024__.

☐ I personally served the summons on the individual at *(place)* __145 Aberdeen Ave. St. John's, NL, A1A 5P6__ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* __July 2/2024 Rachel Waye__, a person of suitable age and discretion who resides there, on *(date)* __July 2/2024__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ __270.00__ for services, for a total of $ __270.00__.

I declare under penalty of perjury that this information is true.

Date: __July 2, 2024__

Server's Signature

**William Earle**
Printed name and title

__37 Power Hill St John's A1C-4GG__
Server's address

HARRY G. MUGFORD
Barrister, NL

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.