UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL STEPHEN,<br><br>                              Plaintiff,<br><br>v.<br><br>NUTRA HOLDINGS, INC.; NUTRA HOLDINGS TWO, INC.; AMAZON, INC.; and JOHN WILLIAMS,<br><br>                              Defendants. | Case No.: 3:24-cv-00546-H-BLM<br><br>**ORDER CONTINUING MOTION HEARING DATES AND SETTING BRIEFING SCHEDULE**<br><br>[Doc. No. 32.] |

On August 6, 2024, the parties filed a joint motion to continue the hearing dates on Defendant Amazon.com, Inc.'s ("Amazon")[1] motion to transfer venue, scheduled for Monday, September 9, 2024, at 10:30 a.m. Pacific Time, and Amazon's motion to dismiss, scheduled for Monday, September 16, 2024, at 10:30 a.m. Pacific Time, and to set an amended schedule for the completion of briefing on Amazon's motion to dismiss. (Doc. No. 32.) In the joint motion, the parties represent that they "remain engaged in settlement discussions that may result in an agreed-upon resolution of this matter." (Id. at 2.) For good cause shown, the Court grants the joint motion and orders as follows:

1.     The Court continues the hearing on Amazon's motion to transfer venue to

---

[1]    Amazon has informed the Court that Plaintiff's First Amended Complaint improperly names Amazon.com, Inc. as "Amazon, Inc." (Doc. No. 22.)

1

**Monday, October 7, 2024, at 10:30 a.m. Pacific Time**.

2. The Court continues the hearing on Amazon's motion to dismiss to **Monday, October 28, 2024, at 10:30 a.m. Pacific Time**.

3. Any reply in support of Amazon's motion to dismiss must be filed by **October 21, 2024**.

**IT IS SO ORDERED.**

DATED: August 7, 2024

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT